IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JUAN GABRIEL HERNANDEZ,<br>　　　Petitioner,<br><br>v.<br><br>RICK THALER, Director<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division<br><br>　　　Respondent. | )<br>)<br>)<br>)　No. 3:11-CV-3236-B<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this __27th__ day of March, 2012.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE